District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHEYU DING and ZHEYU HAN,

                           Plaintiffs,

      v.

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES (USCIS); *et al.,*

                           Defendants.

Case No. 2:25-cv-02214-JLR

STIPULATED MOTION TO HOLD CASE
IN ABEYANCE AND [PROPOSED]
ORDER

Noted for Consideration:
January 20, 2026

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 1, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-129, I-539, and I-765. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-02214-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS recently issued a Notice of Intent to Deny ("NOID") the Form I-129. USCIS must receive Plaintiff's response to the NOID by February 18, 2026. Once Plaintiff has submitted the response, USCIS will need time to review it and continue with processing of the Form I-129. Because further litigation may not be necessary after the review is completed, the parties agree that holding this case in abeyance through May 1, 2026, is appropriate. Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties request that the Court hold the case in abeyance until May 1, 2026. The parties will submit a joint status report on or before May 1, 2026

//

//

//

//

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-02214-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 20th day of January , 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 301 words, in compliance with the Local Civil Rules.*

s/ Adam Boyd
ADAM BOYD WSBA# 49849
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email:  adam.boyd@ghp-law.net
*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-02214-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until May 1, 2026.  The parties shall submit a status update on or before May 1, 2026.  It is so **ORDERED**.


DATED this _____21st_____ day of _____January_____, 2026.


_____
JAMES L. ROBART
United States District Judge